UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-40027 |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| STEPHANIE BROECKER, | |
| Defendant. | |

_____

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters her appearance as counsel in this case for the Defendant, Stephanie Broecker.

Dated and electronically filed this 10 day of May, 2018.

    Respectfully submitted,

    NEIL FULTON
    Federal Public Defender
    By:
    /s/ *Amanda Kippley*
    Amanda Kippley, Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    Districts of South Dakota and North Dakota
    200 West Tenth Street, Suite 200
    Sioux Falls, SD 57104
    Telephone: (605) 330-4489   Facsimile: (605) 330-4499
    filinguser_SDND@fd.org