UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-40027 |
| Plaintiff, | |
| | REQUEST FOR NOTICE |
| vs. | PURSUANT TO FED. R. EVID. 609(b) |
| STEPHANIE BROECKER, | |
| Defendant. | |

_____

The Defendant, above-named, Stephanie Broecker, by and through her undersigned attorney, Assistant Federal Public Defender Amanda Kippley, requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 609(b), of any conviction or convictions with respect to which a period of more than ten (10) years has elapsed since the date of the conviction, which the United States intends to offer at trial for the purpose of attacking the credibility of the Defendant or any witness, sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any conviction or convictions subject to the requirements of FED. R. EVID. 609 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated and electronically filed this 10 day of May, 2018.

    Respectfully submitted,

    NEIL FULTON
    Federal Public Defender
    By:
        /s/ *Amanda Kippley*
    Amanda Kippley, Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    Districts of South Dakota and North Dakota
    200 West 10th Street, Suite 200
    Sioux Falls, SD 57104
    Telephone: (605) 330-4489   Facsimile: (605) 330-4499
    filinguser_SDND@fd.org

*U.S.A. v. Stephanie Broecker*
CR 18-40027
Request for Notice Pursuant to FED. R. EVID. 609(b)
May 10, 2018
Page 2