UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-40027 |
| Petitioner, | ORDER TO SEAL |
| vs. | |
| STEPHANIE BROECKER, | |
| Respondent. | |

The Court having reviewed the Government's Motion to Seal, and good cause appearing therefor, it is hereby

ORDERED that the Government's Motion for Review of Magistrate's Release Order and Request for Stay is hereby sealed until further order of the Court.

Dated: May 10, 2018

BY THE COURT:

*Karen E. Schreier* (signature)
KAREN E. SCHREIER
UNITED STATES DISTRICT COURT