UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANIE BROECKER,<br><br>Defendant. | CR 18-40027<br><br>MOTION TO WITHDRAW GUILTY PLEA PURSUANT TO FED. R. CRIM. P. 11(d). REGARDING SENTENCING ENHANCEMENT UNDER 21 U.S.C. § 841(b)(1)(C) |

Comes now the above-named defendant, by and through the undersigned attorney, and pursuant to Fed. R. Crim. P. 11(d), submits this Motion to Withdraw Guilty Plea Regarding Sentencing Enhancement Under 21 U.S.C. § 841(b)(1)(C). In support of this motion, Defendant incorporates by reference herein, her Memorandum in Support of Motion to Withdraw Plea Regarding Sentencing Enhancement Under 21 U.S.C. § 841(b)(1)(C).

**WHEREFORE,** Defendant respectfully requests that her motion to withdraw her guilty plea be granted and that she be permitted to plead anew.

Dated this 15th Day of July 15, 2019.

                **CREW & CREW, P.C.**

                **/s/** Rick L. Ramstad
                _____
                RICK L. RAMSTAD
                Attorney for Defendant
                141 N. Main Avenue, Suite 706
                Sioux Falls, SD 57104
                (605) 335-5561